# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JERYME MORGAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO.   13-881-SCW |
| | ) |
| **HUDSON MAYNARD, MINH SCHOTT and TIMOTHY VEATH,** | ) |
| | ) |
| **Defendant(s).** | ) |

## JUDGMENT IN A CIVIL CASE

Defendant Hudson Maynard was dismissed with prejudice on January 25, 2015 by an Order entered by Chief Judge Michael J. Reagan (Doc. 63).

Defendants Minh Schott and Timothy Veath were granted summary judgment on May 16, 2016 by an Order entered by United States Magistrate Judge Stephen C. Williams (Doc. 104)

**THEREFORE**, judgment is entered in favor of Defendants **HUDSON MAYNARD, MINH SCHOTT and TIMOTHY VEATH** and against Plaintiff **JERYME MORGAN**.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 16th day of May, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

BY: **/s/ Angela Vehlewald**
**Deputy Clerk**

**Approved by** **/s/ Stephen C. Williams**
**United States Magistrate Judge**
**Stephen C. Williams**