IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JERYME MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:13-CV-881-MAB |
| | ) |
| HUDSON MAYNARD, MINH SCOTT, and TIMOTHY VEATH, | ) ) ) |
| | ) |
| Defendants. | ) |

# AMENDED JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

Pursuant to the Final Judgment and Mandate issued by the United States Court of Appeals for the Seventh Circuit (Doc. 128), Plaintiff Jeryme Morgan's claims against Defendants Hudson Maynard, Minh Schott, and Timothy Veath are **dismissed without prejudice**.

Judgment is entered in favor of Defendants Hudson Maynard, Minh Schott, and Timothy Veath and against Plaintiff Jeryme Morgan.

Plaintiff shall take nothing from this action.

IT IS ORDERED AND ADJUDGED .

DATED: March 14, 2019

                                            **MARGARET M. ROBERTIE**
                                            **Clerk of Court**

                                          BY:  /s/ Alex Francis
                                                  Deputy Clerk

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**